AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) Case No. 25-4590MJ |
| Teresa Petronila CHOC-Yat | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 29, 2025__ in the county of __Doña Ana__ in the state and District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| COUNT 1: 8 USC 1326(a)(1),(2) | an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully |

This criminal complaint is based on these facts:
On October 29, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to her citizenship the Defendant admitted to being a citizen of Guatemala without authorization to enter or remain in the United States. Record checks revealed that the Defendant had been previously deported to Guatemala via Alexandria, LA on or about September 10, 2025. There is no evidence that the Defendant received permission from the appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

_/s/ Lorenzo Ortiz_
Complainant's signature

Lorenzo Ortiz, BORDER PATROL AGENT
Printed name and title

Electronically submitted and telephonically sworn to before me:

Date: 10/30/2025 (31 crossed out)

City and state: Las Cruces, New Mexico

_/s/ Damian L. Martinez_
Judge's signature

DAMIAN L. MARTINEZ
U.S. MAGISTRATE JUDGE
Printed name and title